**Electronically Filed
Supreme Court
SCPW-10-0000165
15-DEC-2010
02:42 PM**

NO. SCPW-10-0000165

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MICHAEL C. TIERNEY, Petitioner,

vs.

CLAYTON FRANK, DIRECTOR OF THE DEPARTMENT OF
PUBLIC SAFETY, STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge Alm, assigned by reason of vacancy)

Upon consideration of the motion for reconsideration of the November 29, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 15, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Steven S. Alm

